UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: DOUGHERTY, BRIAN Q | § | Case No. 11-82479 |
| | § | |
| SERVICES, ANGEL HANDYMAN | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00 on 01/18/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 12/09/2011            By: /s/MEGAN G. HEEG
                                       Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: DOUGHERTY, BRIAN Q § Case No. 11-82479
§
SERVICES, ANGEL HANDYMAN §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 9,000.28 |
| and approved disbursements of | $ 106.16 |
| leaving a balance on hand of [1] | $ 8,894.12 |

**Balance on hand:** $ 8,894.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,894.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,650.03 | 0.00 | 1,650.03 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 551.25 | 0.00 | 551.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 13.00 | 0.00 | 13.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,214.28 |
| Remaining balance: | $ 6,679.84 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $      0.00
    Remaining balance:    $      6,679.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $      0.00
    Remaining balance:    $      6,679.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,672.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 11,101.45 | 0.00 | 1,588.86 |
| 2 | FIA Card Services NA | 298.66 | 0.00 | 42.74 |
| 3 | Chase Bank USA, N.A. | 19,931.72 | 0.00 | 2,852.65 |
| 4 | Chase Bank USA NA | 15,340.82 | 0.00 | 2,195.59 |

    Total to be paid for timely general unsecured claims:    $      6,679.84
    Remaining balance:    $      0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-82479-MB
Brian Q Dougherty                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: vgossett           Page 1 of 2         Date Rcvd: Dec 20, 2011
                            Form ID: pdf006         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2011.
```
db         +Brian Q Dougherty,    5141 Browns Beach Road,    Rockford, IL 61103-1242
17347483   +BANK OF AMERICA,    P.O. Box 15027,   Wilmington, DE 19850-5027
17347485    CHASE CREDIT CARDS,    P. O. Box 15298,   Wilmington, DE 19850-5298
17347486  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
            (address filed with court:  CHRYSLER FINANCIAL CORPORATION,    P.O. Box 9223,
              Farmington, MI 48333-9223)
17347487   +CINDY KNOBLOCK,    5405 Friendswood Ct,   Rockford, IL 61114-7704
17646157    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17559093    FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
17401955   +TD Auto Finance LLC   f/k/a Chrysler Financial Serv,    c/o Riezman Berger P.C.,
             7700 Bonhomme Ave, 7th Floor,    St. Louis, MO 63105-1960
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17347484   +E-mail/Text: BK.Notifications@jpmchase.com Dec 21 2011 04:18:15     CHASE BANK AUTO FINANCE,
             P.O. Box 901076, TX 1-0056,   Fort Worth, TX 76101-2076
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2011**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett            Page 2 of 2              Date Rcvd: Dec 20, 2011
                              Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2011 at the address(es) listed below:
          Kathryn A Klein   on behalf of Creditor  TD Auto Finance LLC  f/k/a Chrysler Financial Services
           Americas, L.L.C. iln@riezmanberger.com,  riezmanberger@gmail.com
          Kristen M Thompson   on behalf of Debtor Brian Dougherty MartiM@balsleylawoffice.com,
           LisaH@balsleylawoffice.com;SandyC@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com
          Megan G Heeg   on behalf of Trustee Megan Heeg heeg@egbbl.com
          Megan G Heeg   heeg@egbbl.com,  IL55@ecfcbis.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                                    TOTAL: 5